# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN D. FOW, | : | 1:12-cv-1970 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| FRANK PAWLOWSKI, *et. al.*, | : | |
| Defendants. | : | |

## ORDER

### December 16, 2016

Presently before this Court is Defendants' Motion for Summary Judgment. (Doc. 64). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment (Doc. 64) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge